

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00199-CR

THADDEUS S. MAYFIELD A/K/A
THADDEUS J. MAYFIELD, Appellant

§   On Appeal from Criminal District Court No. 1

§   of Tarrant County (1743171R)

§   September 7, 2023

V.

§   Memorandum Opinion by Justice Wallach

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach